# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| SHEILA GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-0229-CV-W-DW |
| ) | |
| HARRAH'S NORTH ) | |
| KANSAS CITY, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 17). The parties stipulate and agree that the above-captioned matter has been fully and completely resolved and Plaintiff seeks to dismiss *with* prejudice all claims against Defendant. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Court dismisses this action with prejudice. The costs and expenses associated with this action shall be borne by the parties individually. The case is closed.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE

Dean Whipple
United States District Judge

Date: September 12, 2005